IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 07-CR-30136-DRH |
| | ) |
| THOMAS ANTHONY SOTO III | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Before the Court is a motion by Defendant Soto to quash the warrant for arrest issued on February 6, 2008 (Doc. 30). Defendant Soto waived arraignment on the superseding indictment on February 4, 2008, entered a guilty plea to the superseding indictment and was released on bond pending sentencing. Therefore, IT IS HEREBY ORDERED that the warrant for arrest issued on February 6, 2008 as to Defendant Soto is quashed.

IT IS SO ORDERED.

/s/   *David R Herndon*
 Chief Judge
 United States District Court