# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**THOMAS ANTHONY SOTO III,**

**Defendant.**                                                  **No. 07-CR-30136**

## ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court on Defendant Soto's motion to reconsider release on bond following sentencing. (Doc. 67.) On May 16, 2008, this Court held a hearing during which it imposed a sentence upon Defendant. During the course of the sentencing, the Court carefully considered the factors weighing for and against allowing Defendant to voluntarily surrender to the Bureau of Prisons. The Court made a reasoned determination that voluntarily surrender was not warranted in Defendant's case. The Court finds that the additional arguments contained within Defendant's motion to reconsider release on bond do not justify a change in the Court's previous determination.

The Court still considers the Defendant a serious flight risk and a danger to the community. He does not fully accept responsibility for his actions and has anger management issue, both evident in his medical records. The Defendant was awarded acceptance reductions largely because his mandatory minimum status rendered making a sentencing issue of it meaningless. His family has been in contact

with the Court and it is clear that they too do not accept that the Defendant is responsible for the crime for which the Defendant has been convicted based on his plea. This confirms for the Court his rationale regarding the Defendant's state of mind.

For all the reasons stated, Defendant's motion to reconsider (Doc. 67) is **DENIED.**

**IT IS SO ORDERED**.

Signed this 28th day of May, 2008.

/s/     DavidRHerndon
**Chief Judge**
**United States District Court**